FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2017

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Bishop Jr, David R | Docket No. | 0980 2:17CR00182-TOR-2 |

**Petition for Action on Conditions of Pretrial Release**

 COMES NOW Stephen Krous, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant David R Bishop Jr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the Court at Spokane, Washington, on the 10th day of October 2017 under the following conditions:

**Condition #9**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Mr. Bishop disclosed to this officer on November 3, 2017, that his last use of marijuana was on the day of his arrest on October 30, 2017. The defendant provided random urinalysis samples on the following dates: November 7, and November 22, 2017, that were determined to be presumptive positive for tetrahydrocannabinol (THC). Both samples were sent for further laboratory analysis and found to be positive for marijuana metabolites. Mr. Bishop provided another random urinalysis sample on November 29, 2017, which tested negative, demonstrating the THC is now out of his system and he is no longer using the substance. His subsequent urinalysis tests have remained negative for any controlled substances.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:   December 8, 2017 |
| by | s/Stephen Krous |
| | Stephen Krous<br>U.S. Pretrial Services Officer |

**PS-8**
**Re: Bishop Jr. David R**
**December 8, 2017**
**Page 2**

THE COURT ORDERS

[ x]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

December 8, 2017

Date