# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID R BISHOP JR,<br><br>　　　　　　　　　Defendants. | **Case No.**　2:17-CR-0182-TOR-2<br><br>**CRIMINAL MINUTES**<br><br>**DATE:**　9/20/2018<br><br>**LOCATION:**　Spokane<br><br>**CHANGE OF PLEA** |

**CHIEF JUDGE THOMAS O. RICE**

| Linda Hansen | | | Ronelle Corbey |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick Cashman | | Amy Rubin | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] **Open Court**　　　　　　　　　　　　　　[ X ] **US Probation Officer:** Shawn Kennicutt

Defendant present **not** in custody of the US Marshal.

An original signed Plea Agreement was provided to the Court.

Oath administered to defendant for change of plea.   Defendant confirmed his true and correct name.

The Court advised the defendant of rights given up by entering a guilty plea including the right to a jury trial. The Court confirmed defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction. The Court advised the defendant that he will be giving up certain rights to appeal.

Defendant pleaded guilty to Count 2 of the Indictment and the Court accepted his plea. The Court finds the defendant fully competent and aware of the charges against him; and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a presentence investigation report and set sentencing set for **2/19/2019 at 9:00 am.**

Defendant shall continue on the previously imposed conditions of release.

| CONVENED:  11:31 AM | ADJOURNED:  11:42 AM | TIME: 11 MINS | ORDER FORTHCOMING [ X ] |
|---|---|---|---|