Amy H. Rubin
Federal Defenders of Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
The Honorable THOMAS O. RICE

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br>  v.<br><br>DAVID BISHOP,<br><br>        Defendant. | No. 2:17-CR-0182-TOR<br><br>Motion to Continue Sentencing<br><br>Spokane - Without Oral Argument<br><br>November 22, 2019 @ 6:30 p.m. |

Motion to Continue Sentencing

1

David Bishop, through counsel, Amy H. Rubin for the Federal Defenders of Eastern Washington and Idaho, respectfully moves the Court to continue Mr. Bishop's sentencing hearing from the date currently scheduled for December 3, 2019 to a late February setting.

The Indictment was filed on October 17, 2017. On October 31, 2017, Mr. Bishop appeared for his arraignment and was released under pretrial conditions. On September 20, 2018, Mr. Bishop entered a plea of guilty to Count 2 of the Indictment and sentencing is currently scheduled for December 3, 2019.

Mr. Bishop was released on strict conditions of release and is currently in complete compliance with his release conditions.

## REQUEST FOR CONTINUANCE

Counsel for Mr. Bishop respectfully requests additional time for Mr. Bishop to address medical issues and attend currently scheduled medical appointments in Bellevue, WA.

Counsel for Mr. Bishop believes this information may be necessary for counsel to provide to the Court for sentencing. Thus, counsel requests more time to adequately prepare for sentencing as this information may have an effect on Mr. Bishop's sentencing.

Motion to Continue Sentencing

Assistant United States Attorney, Patrick J. Cashman was contacted regarding this request and has no objection to the request.

## CONCLUSION

Based on the foregoing, Mr. Bishop respectfully requests this matter be continued.  In an effort to assist the Court with scheduling, counsel respectfully requests a sentencing date in February.  Lastly, Mr. Bishop does not request a hearing on the matter unless this Court deems it necessary to have a hearing.

Dated:   November 22, 2019

Respectfully Submitted,

S/Amy H. Rubin
Amy H. Rubin, GA 618349
Attorneys for Bishop
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Amy_Rubin@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: PATRICK CASHMAN, Assistant United States Attorney.

<u>S/Amy H. Rubin</u>
Amy H. Rubin, GA 618349
Attorneys Bishop
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Amy_Rubin@fd.org