# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-0182-TOR-2 |
|---|---|
| Plaintiff, | **CRIMINAL MINUTES** |
| vs. | **DATE:** 2/20/2020 |
| DAVID R BISHOP JR, | **LOCATION:** Spokane |
| Defendant. | **SENTENCING** |

**CHIEF JUDGE THOMAS O. RICE**

| Linda Hansen | | | Crystal Hicks |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patrick Cashman | | Amy Rubin | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] **Open Court**       [ X ] **US Probation Officer:** Shawn Kennicutt

Defendant present **not** in custody.

Pat Cashman presented the Government's recommendations for sentencing.

Jodi Bishop and Travis Whitman addressed the Court on behalf of the defendant.

Amy Rubin advised that she has reviewed the PreSentence report with the defendant and there are no outstanding objections.

Ms. Rubin addressed the Court on behalf of the defendant.

The defendant addressed the Court on his own behalf.

The Court addressed the defendant and pronounced sentence.

**Imprisonment**:   12 months and 1 day

   The defendant be housed at Sheridan FCI and receive credit for the time served in federal custody prior to sentencing; and participate in the RDAPT and Inmate Financial Responsibility Programs.

**Supervised Release**:   5 years

Page 2			USA v. McGuire, et al.		2:17-CR-182-TOR-2		Sentencing

**Fine**:   waived

**Special Penalty Assessment**:   $100.00

Appeal rights waived in Plea Agreement.

Counts 1 and 3 of the Indictment are Dismissed on motion by the Government.

Defendant shall report to the BOP for service of his sentence as directed by his Probation Officer.

| CONVENED:  9:01 AM | ADJOURNED:  9:58 AM | TIME: 57 MINS | ORDER FORTHCOMING [ X ] |